The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In the matter of the Complaint of Kenneth E. Quigley for Exoneration from or Limitation of Liability | IN ADMIRALTY<br><br>NO. 2:17-cv-01871<br><br>PETITIONER'S MOTION AND [PROPOSED] ORDER RE: SECURITY FOR COSTS |

COMES NOW, Petitioner Kenneth E. Quigley, owner of the F/V SEABORN, Alaska Vessel Registration No. AK3997 A.P. and moves for entry of an Order directing him to post security under Rule F(1) of the Supplemental Rules for Certain Admiralty & Maritime Claims ("Supplemental Rules") and Local Admiralty Rule 120(b). Supplemental Rule F(1) requires the petitioner in a Limitation of Liability action to give security for costs along with interest at the rate of 6%. Local Admiralty Rule 120, subpart (b), states that the amount of security for costs under Rule F(1) shall be $500. In filing this limitation action, Petitioner will be tendering $560 ($500 for costs plus $60 to provide interest at a rate of 6% for 2 years) to the Clerk of the U.S. District Court for the Western District of Washington. In anticipation that the Clerk's office will require an order

PETITIONER'S MOTION AND [PROPOSED] ORDER RE: SECURITY FOR COSTS - 1

Cause No.: 2:17-cv-01871

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

from the Court to accept the security for costs, Petitioner is moving contemporaneously with the filing of the Complaint for entry of an Order directing him to post security in the amount of $500 and interest at a rate of 6% for a period of two years as provided for by local rule.

## [PROPOSED] ORDER

Based upon Petitioner's motion re: security for costs, it is hereby ORDERED that, pursuant to Rule F(1) of the Supplemental Rules for Certain Admiralty & Maritime Claims and Local Admiralty Rule l 20(b), Petitioner shall deposit with the Court security for costs in the amount of $500 and interest in the amount of $60, which shall cover the interest at a rate of 6% for two years.

DATED this 8th day of January, 2018.

*[signature: Richard A. Jones]*
_____
The Honorable Richard A. Jones
United States District Judge

PETITIONER'S MOTION AND [PROPOSED] ORDER RE: SECURITY FOR COSTS - 2

Cause No.: 2:17-cv-01871

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717