THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In the matter of the Complaint of Kenneth E. Quigley for Exoneration from or Limitation of Liability | IN ADMIRALTY<br><br>NO. 2:17-cv-01871 RAJ<br><br>ORDER OF STAY AND ENTRY OF MONITION [PROPOSED] |

A Complaint having been filed herein on December 14, 2017 pursuant to Rule F(2) of the Supplemental Rules for Certain Admiralty & Maritime Claims, by the above-named Petitioner as owner of the vessel F/V SEABORN, Alaskan Registration No. AK3997 A.P., praying for exoneration from or limitation of his liability arising out of a fire at the North Harbor of City of Craig Marina, Alaska on May 21, 2017, and for certain other relief; and the Complaint having stated the facts and circumstances upon which said exoneration and limitation are claimed; and the Petitioner having otherwise satisfied Rule F(1) of the Supplemental Rules for Certain Admiralty & Maritime Claims; and it appearing that claims have been made or are about to be made against the Petitioner and against the vessel for loss, damage, injury or destruction alleged to have been incurred in consequence of said incident:

ORDER OF STAY AND ENTRY OF MONITION - 1

Cause No.: 2:17-cv-01871 RAJ

Now on motion of counsel for Petitioner, it is

ORDERED that further prosecution of any action or proceeding against the Petitioner or the Petitioner's property with respect to any claim subject to limitation in this action is STAYED;

ORDERED that a monition issue out of and under the seal of this Court in the form attached hereto, against all persons with claims against the Petitioner for damages for any and all loss, destruction, damage or injury caused by or resulting from the said incident at City of Craig Marina, Alaska, on May 21, 2017, referred to in the Complaint, citing each of them to appear before the Court and make due proof of their respective claims on or before the 2nd day of March, 2018; and it is further

ORDERED that public notice of said monition be given by publication thereof in the Seattle Daily Journal of Commerce, a newspaper published in Seattle, Washington, and the Ketchikan Daily News, a newspaper published in Craig, Alaska, once a week for four successive weeks, and that the first publication of said monition be at least thirty days before March 2, 2018, and that a copy of said monition be served on the respective attorneys for all persons who at the time of making this order shall have filed or begun suits for damage, loss or destruction arising out of or related to the matters aforesaid, together with a copy of this Order, such service to be made at least thirty days before March 2, 2018; and it is further

ORDERED that a copy of said monition under this order be mailed by counsel for the Petitioner on or before the date of the second publication to every person (or their attorney) known to have made any claim against the vessel or the Petitioner arising out of the aforesaid incident.

DATED this 18th day of January, 2018.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER OF STAY AND ENTRY OF MONITION - 2

Cause No.: 2:17-cv-01871 RAJ

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717