HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In the matter of the Complaint of Kenneth E. Quigley for Exoneration from or Limitation of Liability | IN ADMIRALTY<br><br>Case No. 2:17-cv-01871-RAJ<br><br>ORDER GRANTING PETITIONER'S MOTION FOR DISBURSEMENT OF REGISTRY FUNDS |

This matter comes before the Court on Petitioner's Motion for Disbursement of Registry Funds ("Motion"). Dkt. # 33. Based on the Court's review of the Motion, and pleadings therein, and the balance of the record, it is hereby **ORDERED** that the clerk is authorized and directed to draw a check on the funds deposited in the registry of this court in the principal amount of $560.00, plus all accrued interest, minus any statutory users fees. The payee information (including the payee's mailing address, Social Security number, or Tax ID) must be provided to the Clerk of the Court under separate cover and shall not be filed on the record. Petitioner must submit the payee information to the Clerk within one week of the entry of this order.

DATED this 14th day of May, 2020.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING PETITIONER'S MOTION FOR
DISBURSEMENT OF REGISTRY FUNDS – 1